Submitted on record and briefs October 2, reversed and remanded
October 28, 1992

RONALD RAY WEAVER,
*Appellant,*

*v.*

Manfred (Fred) MAASS,
Superintendent, Oregon State Penitentiary,
*Respondent.*

(91C-11917; CA A74661)

838 P2d 647

Kristopher A. Kaino and Kaino Jones & Partridge, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and De Muniz, Judge.

PER CURIAM

## PER CURIAM

The conviction that petitioner challenges in this post-conviction proceeding became final before the effective date of the amendment of ORS 138.510(2) by Oregon Laws 1989, chapter 1053, section 18. The state concedes that the post-conviction court erred in dismissing the petition. We accept the concession. *Boone v. Wright*, 314 Or 135, 836 P2d 727 (1992).

Reversed and remanded.